# SPECIAL ORDERS

*In this section are orders of the Court of general
interest to the bench and bar of the state.*

*Order Entered March 11, 2010:*

PEOPLE v DOWDY, Docket No. 287689; reported at 287 Mich App 278. The Court on its own motion orders that the February 2, 2010, opinion is hereby amended. The opinion is modified on page two, paragraph two, first sentence, with minor, nonsubstantive changes to eliminate any potential ambiguities. The opinion is amended as follows:

The old opinion read, "There is no argument that defendant has a domicile."

The new opinion reads, "Domicile is not an issue in this case because the parties agree that as a homeless person, defendant has no 'true, fixed, principal, and permanent home.'"

In all other respects, the February 2, 2010, opinion remains unchanged.

*Order Entered March 23, 2010:*

ALPHA CAPITAL MANAGEMENT, INC v RENTENBACH, Docket No. 287280; reported at 287 Mich App 589. The Court orders that the March 9, 2010, opinion is hereby vacated, and a new opinion is attached.